**FILED**

**NOV 1 2 2015**

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) SAMUEL A. SALAZAR, | ) |
|  Plaintiff, | ) **15 CV - 651 CVE - TLW** |
| v. | ) Case No.: |
| | ) ***Attorneys' Lien Claimed*** |
| 1) CHUY'S OPCO, INC., and | ) ***Jury Trial Demanded*** |
| 2) CHUY'S HOLDINGS, INC., | ) |
|  Defendants. | ) |

## COMPLAINT

COMES NOW Plaintiff and for his claim and cause of action against Defendants and each of them states and alleges:

1. Plaintiff, Samuel A. Salazar, is a resident of Tulsa County, Oklahoma.

2. Defendants, Chuy's OPCO, Inc., and Chuy's Holdings, Inc., are corporations doing business in Tulsa County, Oklahoma.

3. At all times material herein Defendants were employers subject to the terms and provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA").

4. Jurisdiction of this court is invoked upon federal question in that this action arises under the FLSA. 28 U.S.C. § 1331.

5. From April or May, 2014, to the ending of October, 2015, Plaintiff was employed by Defendants as a server. Plaintiff worked numerous hours for which he was not compensated or compensated at one and half times his

2015-11-10 4:01 pm
\\FFH-VM-DC\Company\Clients\OPEN\Vicki\@aashley clients\SALAZAR, Samuel A. 15-0489\complaint 111015.wpd/vs

1



regular rate of pay, as required by the FLSA. As a result, Defendants owe Plaintiff approximately $2,540, or an amount to be determined at trial.

6. Defendants' violations were such as to subject them to liability for liquidated damages.

WHEREFORE, premises considered, Plaintiff prays for judgment against Defendants and each of them in the sum of $5,080, or such amount as it proven at trial, interest, costs, attorneys' fees, and such other and further relief to which he is deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: _____
Steven R. Hickman, OBA #4172
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com

2015-11-10 4:01 pm
\\FFH-VM-DC\Company\Clients\OPEN\Vicki\@aashley clients\SALAZAR, Samuel A. 15-0489\complaint 111015.wpd/vs

2